# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1400.  WIGGINS v. TURNER et al.**

Before this court is the appellees' motion to dismiss the above-styled appeal based on the appellant's failure to file a brief or enumerations of error.  The record reflects that this appeal was docketed in this court on April 1, 2014.  The appellant's brief, including enumerations of error, was due to be filed no later than April 21, 2014.  Court of Appeals Rule 23 (a).  The appellant, however, has failed to file a brief or enumerations of error.  Accordingly, the appellee's motion is GRANTED and the above-styled appeal is hereby DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/23/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*